**B9I (Local Form 9I)** (Chapter 13 Case) (12/12)          Case Number **13−00832−TLM**

# UNITED STATES BANKRUPTCY COURT
## District of Idaho

## Notice of
## Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 4/29/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side for Important Explanations.**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Steven K. Barnes<br>528 Massachusetts Court<br>Nampa, ID 83686 | Gina M. Barnes<br>aka Gina M Suazo<br>528 Massachusetts Court<br>Nampa, ID 83686 |
| Case Number:<br>13−00832−TLM | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−4456<br>xxx−xx−2689 |
| Attorney for Debtor(s) (name and address):<br>Kelly I Beeman<br>3724 N. Legacy Woods Ave.<br>Meridian, ID 83646<br>Telephone number: (208) 345−3045 | Bankruptcy Trustee (name and address):<br>Kathleen A. McCallister<br>POB 1150<br>Meridian, ID 83680<br>Telephone number: 208−922−5100 |

## Meeting of Creditors
Date: **May 28, 2013**          Time: **10:00 AM**
Location: **Washington Group Central Plaza, 720 Park Blvd., Suite 210, Boise, ID 83712**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): **8/26/13**     For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)): **10/28/13**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 7/29/13**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan
The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held:
Date: **6/18/13**, Time: **01:30 PM**, Location: **550 West Fort St, 5th Floor, Courtroom 5, Boise, ID 83724−0042**

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Suite 400<br>550 West Fort Street<br>Boise, ID 83724<br>Telephone number: 208−334−1074 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Elizabeth A Smith |
| Hours Open: Monday − Friday 9:00 AM − 5:00 PM | Date: 4/30/13 |

## EXPLANATIONS
B9I (Local Form 9I) (12/12)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form (Official Form B10) can be obtained at www.id.uscourts.gov/proofofclaiminfo.htm or at the bankruptcy clerk's office (see the bottom of the first page of this notice for the closest bankruptcy clerk's office address). Alternatively, you can obtain a copy of the form by calling the bankruptcy clerk's office at 1−866−496−1250. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| | Refer to Other Side for Important Deadlines and Notices |

```
                       United States Bankruptcy Court
                              District of Idaho
In re:                                                    Case No. 13-00832-TLM
Steven K. Barnes                                          Chapter 13
Gina M. Barnes
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0976-1          User: npersinge            Page 1 of 3              Date Rcvd: May 01, 2013
                              Form ID: b9i               Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2013.
db/jdb       +Steven K. Barnes,    Gina M. Barnes,    528 Massachusetts Court,    Nampa, ID 83686-7700
tr           +Kathleen A. McCallister,    POB 1150,    Meridian, ID 83680-1150
4228082      +American Medical Response,    PO Box 3429,    Modesto, CA 95353-3429
4228083      +Anytime Fitness,    2926 East Greenhurst Road,    Nampa, ID 83686-8512
4228084      +Cabelas Club Visa,    PO Box 82608,    Lincoln, NE 68501-2608
4228086      +Capital One/Best Buy,    P.O. Box 30253,    Salt Lake City, UT 84130-0253
4228088      +Check N Go,    10654 Overland Rd,    Boise, ID 83709-1327
4228092      +Credit Collection Bureau,    PO Box 778,    Bismarck, ND 58502-0778
4228095      +Ecmc,   PO Box 419032,    Rancho Cordova, CA 95741-9032
4228098      +Gorge Rec SV,    PO Box 1107,    Hood River, OR 97031-0038
4228101       North East Credit Collectors,    20 N. Keyser Ave.,    Scranton, PA  18508
4228103      +Progressive Classic Ins.,    6300 Wilson Mills Road,    Cleveland, OH 44143-2182
4228104      +Reliable Credit,    2080 S. Eagle Road,    #19,   Meridian, ID 83642-6707
4228105      +Sears Gold Master Card,    PO Box 6497,    Sioux Falls, SD 57117-6497
4228109       US Department of Education,    PO Box 5609,    Greenville, TX 75403-5609
4228110       World's Foremost Bank,    4800 NW 1st Street,    Lincoln, NE 68521-4463

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: jerri@beemanlaw.net May 01 2013 20:59:28     Kelly I Beeman,
               3724 N. Legacy Woods Ave.,    Meridian, ID  83646
ust          +E-mail/Text: ustp.region18.bs.ecf@usdoj.gov May 01 2013 21:04:51      US Trustee,
               Washington Group Central Plaza,    720 Park Blvd, Ste 220,    Boise, ID 83712-7785
4228087      +E-mail/PDF: tgabriel@cdresource.com May 01 2013 21:08:55      CBP Affiliated,    PO Box 45419,
               Boise, ID 83711-5419
4228085      +EDI: CAPITALONE.COM May 01 2013 21:03:00      Capital One,    P.O. Box 30281,
               Salt Lake City, UT 84130-0281
4228088      +EDI: CHECKNGO.COM May 01 2013 21:03:00      Check N Go,    10654 Overland Rd,
               Boise, ID 83709-1327
4228089      +EDI: CITICORP.COM May 01 2013 21:03:00      CitiCard,    PO Box 6241,    Sioux Falls, SD 57117-6241
4228090      +E-mail/Text: bankruptcy@collectionbureauinc.com May 01 2013 21:04:54      Collection Bureau Inc,
               PO Box 1219,    Nampa, ID 83653-1219
4228091      +E-mail/Text: bankruptcy@collectionbureauinc.com May 01 2013 21:04:54      Collection Bureau, Inc.,
               9 Wall St.,    P.O. Box 1219,    Nampa, ID 83653-1219
4228093       EDI: DISCOVER.COM May 01 2013 21:03:00      Discover financial Service,    PO Box 15316,
               Wilmington, DE  19850
4228094       E-mail/Text: latrisha@dystrategies.com May 01 2013 21:04:07      Dynamic Strategies,    PO Box 1646,
               Bothell, WA  98041-1646
4228096      +EDI: AMINFOFP.COM May 01 2013 21:03:00      First Premier Bank,    601 S. Minnesota Ave.,
               Sioux Falls, SD 57104-4868
4228097       EDI: RMSC.COM May 01 2013 21:03:00     GECRB/Care Credit,    PO Box 965036,
               Orlando, FL  32896-5036
4228099      +EDI: ICSYSTEM.COM May 01 2013 21:03:00      IC Systems,    PO Box 64378,
               Saint Paul, MN 55164-0378
4228100       E-mail/Text: bankruptcydepartment@ncogroup.com May 01 2013 21:05:12      NCO Financial Systems,
               PO Box 8547,    Philadelphia, PA  19101
4228106      +E-mail/Text: srcu-r7bankruptcy@dhw.idaho.gov May 01 2013 21:04:42      State of Idaho, H&W,
               Child Support Receipting,    PO Box 70008,    Boise, ID 83707-0108
4228107       EDI: USBANKARS.COM May 01 2013 21:03:00      US Bank,    P.O. Box 108,
               Saint Louis, MO  63166-9801
4228108      +EDI: USBANKARS.COM May 01 2013 21:03:00      US Bank Recovery Dept,    PO Box 5227,
               Cincinnati, OH 45201-5227
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4228102      Northest Credit Collectors
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0976-1          User: npersinge              Page 2 of 3              Date Rcvd: May 01, 2013
                              Form ID: b9i                 Total Noticed: 32

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 03, 2013**                    Signature:        _Joseph Speetjens_

```
District/off: 0976-1          User: npersinge              Page 3 of 3                  Date Rcvd: May 01, 2013
                              Form ID: b9i                 Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2013 at the address(es) listed below:
              Kathleen A. McCallister    kam13trustee@qwestoffice.net, kmccallister13@ecf.epiqsystems.com
              Kelly I Beeman    on behalf of Joint Debtor Gina M. Barnes jerri@beemanlaw.net,
               kelly@beemanlaw.net
              Kelly I Beeman    on behalf of Debtor Steven K. Barnes jerri@beemanlaw.net, kelly@beemanlaw.net
              US Trustee    ustp.region18.bs.ecf@usdoj.gov
                                                                                             TOTAL: 4